IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>ALLEN L. WEBSTER,<br><br>                 Defendant. | 8:20CR42<br><br>ORDER FOR ISSUANCE OF<br>BENCH WARRANT |

This matter is before the Court on the government's oral motion (Filing No. 22), for issuance of a Bench Warrant for defendant ALLEN L. WEBSTER. The motion is granted.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the apprehension of ALLEN L. WEBSTER, commanding the arresting officer to bring him immediately before the Court.

DATED this 27th day of July 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge